**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>VS.<br><br>**SCOTT ROE,**<br><br>Defendant | NO. 3: 09-CR-16 (CAR)<br><br>**VIOLATIONS:** Drug Related |

## ORDER OF DETENTION PENDING TRIAL

**In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. The defendant was represented by Mr. Kim T. Stephens of the Athens Bar; the United States was represented by Assistant U. S. Attorney Tamara A. Jarrett. Based upon the evidence proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Pretrial Services Report dated June 22, 2009, I conclude that the following facts require the detention of the defendant pending the trial of this case.**

### PART I - FINDINGS OF FACT

☐ **(1)** There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☐ **(2)** The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### ALTERNATIVE FINDINGS

☒ **(1)** There is a serious risk that the defendant will not appear.

☒ **(2)** There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated June 22, 2009, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the future appearance of defendant Roe and the safety of the community were defendant Roe to be released from custody at this time. Defendant Roe has been a resident of this district for the past 15 years. The offenses charged against him are serious felonies for which long-term incarceration can be expected if he is convicted. His estimated federal sentencing guideline range computed by the U. S. Probation Office is 360 months to life imprisonment. The weight of evidence is strong with the defendant having been apprehended following a raid on a dwelling wherein illegal drugs were found and being sold.

Defendant Roe has a felony conviction record as follows: SALE OF COCAINE, Athens-Clarke County Superior Court, 2000 (First Offender, adjudicated guilty in 2001); POSSESSION OF COCAINE and POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, Athens-Clarke County Superior Court, 2002; POSSESSION OF COCAINE, Athens-Clarke County Superior Court, 2003; and POSSESSION OF COCAINE, Superior Court of Jackson County, 2007. He also has convictions for the offense of OBSTRUCTION.

**In addition, defendant Roe has had several probation revocations going back to 2003.**

**For the foregoing reasons, the undersigned finds that defendant Roe would pose a serious risk of flight and a danger to the community were he to be released from custody.  His pattern of continuing illegal conduct mandates pretrial detention.  IT IS SO ORDERED AND DIRECTED.**

## PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED, this 1st day of JULY, 2009.**



　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**